# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00118-MR-DLH-2

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **DILLON SHIMBERG,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Admit Defendant to Pretrial Diversion Program and Transfer Case to Inactive Status [Doc. 70].

On October 3, 2017, the Defendant was charged along with two co-defendants with one count of conspiracy to possess with intent to distribute a variety of controlled substances, in violation of 21 U.S.C. § 846. [Doc. 1]. The Defendant is currently scheduled for trial during the June 25, 2018 trial term.

The Government now moves to admit the Defendant to the Pretrial Diversion Program and to transfer this case to inactive status. [Doc. 70]. Upon review of the Government's motion and the parties' Pretrial Diversion

Agreement [Doc. 69 (filed under seal)], the Court hereby approves the parties' Pretrial Diversion Agreement and will place this case on inactive status.

In light of these circumstances, the Court finds that this case should be continued from the June 25, 2018 trial calendar. See 18 U.S.C. § 3161(h)(2) (excluding from Speedy Trial Act calculation any delay during which prosecution is deferred by the Government pursuant to a written agreement with the Defendant, with the approval of the Court, for the purpose of allowing the Defendant to demonstrate his good conduct). For the reasons stated herein, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the Defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Admit Defendant to Pretrial Diversion Program and Transfer Case to Inactive Status [Doc. 70] is **GRANTED**, and the Defendant's case is hereby **CONTINUED** from the June 25, 2018 trial term and placed on inactive status pending the Defendant's participation in the Pretrial Diversion Program.

**IT IS SO ORDERED.**

Signed: June 18, 2018

Martin Reidinger
United States District Judge