THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:17-cr-00118-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DILLON SHIMBERG, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 92].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 92] is **GRANTED**, and Count One of the Bill of Indictment in this case is hereby **DISMISSED** as to the Defendant Dillon Shimberg only.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Services, and the United States Probation Office.

IT IS SO ORDERED.

Signed: December 18, 2019

Martin Reidinger
United States District Judge